United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-13419-mdc
Yvonne Harrison                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett           Page 1 of 1              Date Rcvd: Jun 20, 2019
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
13820821       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Yvonne  Harrison brad@sadeklaw.com,    bradsadek@gmail.com
      HEATHER STACEY RILOFF    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
       heather@mvrlaw.com,    Michelle@mvrlaw.com
      JENIECE D. DAVIS    on behalf of Creditor   Seterus, Inc., as the authorized subservicer for
       Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
       Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
      JEROME B. BLANK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                   TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13419-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Yvonne Harrison
226 Penn Boulevard
Lansdowne PA 19050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/19/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 21: Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/22/19

Tim McGrath
**CLERK OF THE COURT**