**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania (Philadelphia)**

| | |
|---|---|
| IN RE: | Case No.: 16-13419 |
| Debtors: Yvonne Harrison | Loan Number (Last 4): 8749 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CSMC 2020-RPL4 Trust | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): 21 |
| Salt Lake City, UT 84165 | Amount of Claim: $46,145.87 |
| | Date Claim Filed: 11/09/2016 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 1214 |
| Last Four Digits of Acct #: 8749 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 8749

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley                           Date: 11/23/2020
InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Specific Contact Information:
Kiara Richardson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

491115-08506197-2bbd-43cb-a11a-f29e114aafe5