UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Yvonne Harrison | : | Chapter 13 |
| | : | |
|    Debtor | : | Case No.: 16-13419-MDC |

## SUGGESTION OF DEATH

Brad J. Sadek, on behalf of the above-captioned debtor, hereby submits this Suggestion of Death for Yvonne Harrison, who passed away in December of 2020.

Dated: January 8, 2021                                        /s /Brad J. Sadek
                                                                                    Brad J. Sadek, Esq.
                                                                                    Attorney for Debtors