RECEIVED 01/13/2021 12:24 2152241937
01/13/2021 1:32 PM FAX 2155760447 WURSTER ☑0001/0001

Type/Print in Permanent Black Ink

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

# CERTIFICATE OF DEATH

State File Number: 443207-2020

15

1. Decedent's Legal Name (First, Middle, Last, Suffix): Yvonne Harrison
2. Sex: Female
3. Social Security Number: [redacted]
4. Date of Death (Month dd, yyyy): December 24, 2020
5a. Age-Last Birthday (Yrs): 73
5b. Under 1 Year: Months / Days
5c. Under 1 Day: Hours / Minutes
6. Date of Birth (Mo/Day/Year) (Spell Month): July 31, 1947
7a. Birthplace (City and State or Foreign Country): Baltimore, Maryland
7b. Birthplace (County): Baltimore
8a. Residence (State or Foreign Country): Pennsylvania
8b. Residence (Street and Number - Include Apt No.): 226 Penn Boulevard
8c. Did Decedent live in a Township? ☒ Yes, decedent lived in East Lansdowne ______ twp. ☐ No, decedent lived within limits of ______ city/boro.
8d. Residence (County): Delaware
8e. Residence (Zip Code): 19050
9. Ever in US Armed Forces? ☐ Yes ☒ No ☐ Unknown
10. Marital Status at Time of Death: ☐ Married ☐ Widowed ☒ Divorced ☐ Never Married ☐ Unknown
11. Surviving Spouse's Name (if wife, give name prior to first marriage):
12. Father / Parent's Name (First, Middle, Last, Suffix): Linwood Nelson
13. Mother / Parent's Name Prior to First Marriage (First, Middle, Last, Suffix): Information Not Recorded
14a. Informant's Name: Christopher Bonn
14b. Relationship to Decedent: Common Law Husband
14c. Informant's Mailing Address (Street and Number, City, State, Zip Code): 226 Penn Boulevard East Lansdowne, PA 19050
15a. Place of Death (Check only one): If Death Occurred in a Hospital: ☒ Emergency Room/Outpatient ☐ Inpatient ☐ Dead on Arrival. If Death Occurred Somewhere Other Than a Hospital: ☐ Nursing Home/Long-Term Care Facility ☐ Hospice Facility ☐ Decedent's Home ☐ Other (Specify)
15b. Facility Name (If not institution, give street and number): Chestnut Hill Hospital
15c. City or Town, State, and Zip Code: Philadelphia, Pennsylvania 19118
15d. County of Death: Philadelphia
16a. Method of Disposition: ☐ Burial ☒ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify)
16b. Date of Disposition: December 30, 2020
16c. Place of Disposition (Name of cemetery, crematory, or other place): L.C. Cremation Services
16d. Location of Disposition (City or Town, State, and Zip): Levittown, Pennsylvania 19055
17a. Signature of Funeral Service Licensee or Person in Charge of Interment: John F Givnish (Electronically Signed)
17b. License Number: FD011794L
17c. Name and Complete Address of Funeral Facility: Gaither-Givnish Funeral Home Inc 6230 N 5th Street Philadelphia, Pennsylvania 19120
18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death: ☐ 8th grade or less ☐ No diploma, 9th - 12th grade ☐ High school graduate or GED completed ☐ Some college credit, but no degree ☐ Associate degree (e.g. AA, AS) ☒ Bachelor's degree (e.g. BA, AB, BS) ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD)
19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino: ☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify)
20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considered himself or herself to be: ☐ White ☒ Black or African American ☐ American Indian or Alaska Native ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander ☐ Other (Specify)
21. Decedent's Single Race Self-Designation - Check ONLY ONE to indicate what the decedent considered himself or herself to be: ☐ White ☒ Black or African American ☐ American Indian or Alaska Native ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander ☐ Don't Know/Not Sure ☐ Refused ☐ Other (Specify)
22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED.: Intervention Radiographer
22b. Kind of Business/Industry: Health care

ALIAS USED

ITEMS 23a - 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH
23a. Date Signed (Mo/Day/Yr):
23b. Date Pronounced Dead (Mo/Day/Yr):
23c. Signature of Person Pronouncing Death (Only when applicable):
23d. License Number:
24. Time of Death: 09:35 AM
25. Was Medical Examiner or Coroner Contacted? ☐ Yes ☒ No

## CAUSE OF DEATH

26. Part I. Enter the chain of events--diseases, injuries, or complications--that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

IMMEDIATE CAUSE (Final disease or condition resulting in death) a. Disseminated Intravascular Coagulation
Due to (or as a consequence of):
Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. b. End Stage Renal Disease
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.

Approximate Interval: Onset to Death

26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I: Pulmonary Hypertension
27. Was an autopsy performed? ☐ Yes ☒ No
28. Were autopsy findings available to complete the cause of death? ☐ Yes ☐ No
29. If Female: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year
30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ No ☐ Probably ☒ Unknown
31. Manner of Death: ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined
32. Date of Injury (Mo/Day/Yr) (Spell Month):
33. Time of Injury:
34. Place of Injury (e.g. home; construction site; farm; school):
35. Location of Injury (Street and Number, City, State, Zip Code):
36. Injury at Work: ☐ Yes ☐ No
37. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)
38. Describe How Injury Occurred:
39a. Certifier - physician, certified registered nurse practitioner, physician assistant, medical examiner/coroner (Check only one): ☒ Certifying only - To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. ☐ Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
Signature of certifier: COURTNEY ANNETTE WATERS (Signature on File) Title of certifier: MD License Number: MD441632
39b. Name, Address and Zip Code of Person Completing Cause of Death (Item 26): COURTNEY WATERS 800 Spruce Street Philadelphia, Pennsylvania 19107
39c. Date Signed (Mo/Day/Yr): December 31, 2020
40. Registrar's District Number: 46-427
41. Registrar's Signature: Elizabeth A Wurster (Signature on File)
42. Registrar File Date (Mo/Day/Yr): January 12, 2021
45. Amendments

To Be Completed/Verified By: FUNERAL DIRECTOR
To Be Completed By: MEDICAL CERTIFIER
NAME OF DECEDENT: Yvonne Harrison

Disposition Permit No. E815288

H105-143 REV 11/2017-E