UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Yvonne Harrison | : | Chapter 13 |
|    Debtor(s) | : | Case No.: 16-13419-MDC |
| | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Excuse Debtor from Completing the Financial Management Course Certificate* and respectfully request that the Order attached to the Motion be entered.

Dated: January 26, 2021

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008