

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Yvonne Harrison | : | |
| | : | |
| Debtors | : | Case No.: 16-13419MDC |

## Notice of Motion, Response Deadline and Hearing Date

Brad J. Sadek, Esq., attorney for the Debtors in the above captioned matter has filed a Motion to Excuse Debtor from Completing Domestic Support requirement for the reasons detailed in the enclosed Motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought in the motion, then on or before March 16, 2021 you or your Attorney must do ALL of the following:
If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a) file an answer explaining your position at:
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

(b) mail a copy to the movant's attorney:
Brad J. Sadek, Esq.
1315 Walnut Street #502
Philadelphia, PA 19107

3. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

4. A hearing on the motion is scheduled to be held before The Honorable Magdeline D. Coleman on, **March 23, 2021 at 10:30AM** at Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107 in Courtroom **#2.**

5. You may contact the Bankruptcy Clerks office at (856) 361-2300 to find out whether the hearing has been cancelled because no one filed an answer.