*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yvonne Harrison
    Debtor(s)

Case No: 16–13419–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED \*\*
Amended Motion to Excuse from Competing DSO −− Corrected for Language Purposes Filed by Yvonne Harrison Represented by BRAD J. SADEK

on: 4/6/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/18/21

Timothy B. McGrath
Clerk of Court

58 − 56
Form 167