UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Yvonne Harrison | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.:  16-13419MDC |

### AMENDED ORDER for MOTION TO EXCUSE DEBTOR FROM  COMPLETING THE DOMESTIC SUPPORT OBLIGATION CERTIFICATION

AND NOW, this  8th   day of   April    , 2021 upon consideration of the Motion to Excuse Debtor from Completing the Domestic Support Obligation Certification, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith, and Debtor who is deceased is excused from completing the Domestic Support Obligation Certification, and can be considered for Discharge.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge