United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-13419-mdc

Yvonne Harrison                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvonne Harrison, 226 Penn Boulevard, Lansdowne, PA 19050-2629 |
| cr | | Discover Student Loans, PO BOX 6107, Carol Stream, IL 60197-6107 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13727052 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 14566786 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13727051 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 13808338 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 13805872 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14566991 | + | Bank of America, NA, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13727053 | + | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14563220 | + | CSMC 2020-RPL4 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13727055 | + | Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13788076 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14291204 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14344040 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14290935 | + | Nationstar Mortgage,LLC d/b/a Mr. Cooper, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13727064 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 13820821 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143-1047 |
| 13727068 | + | TD Bank USA, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13766226 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13727069 | + | Wells Fargo Card Services, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:56 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13727056 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:55:01 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |

Case 16-13419-mdc    Doc 66    Filed 05/20/21    Entered 05/21/21 00:56:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 138NEW | Total Noticed: 47 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 13727054 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13738977 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:51:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13727058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:14 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13727059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:30 | Citibank, NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13727060 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Capital, P.O. Box 182120, Columbus, OH 43218-2120 |
| 13727062 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:32 | Macys DSNB, 9111 Duke Boulevard, Mason, OH 45040 |
| 13803628 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13748013 | + | Email/Text: DSLBKYPRO@discover.com | May 19 2021 01:59:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 13727061 | + | Email/Text: DSLBKYPRO@discover.com | May 19 2021 01:59:00 | Discover Student Loans, P.O. Box 30948, Salt Lake City, UT 84130-0948 |
| 13727057 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 19 2021 01:53:10 | Chase Card, P.0. Box 15298, Wilmington, DE 19850 |
| 13789473 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2021 01:51:31 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13785879 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2021 01:51:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13759755 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2021 01:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13727063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2021 01:51:19 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 13803084 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2021 01:55:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13758785 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13731987 | | Email/PDF: rmscedi@recoverycorp.com | May 19 2021 01:53:17 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13727066 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:53:06 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13727065 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:56 | Synchrony Bank, P.O. Box 965015, Orlando, FL 32896-5015 |
| 13727067 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:51:19 | Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 13808156 | + | Email/Text: bncmail@w-legal.com | May 19 2021 01:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Yvonne Harrison brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc hriloff@pincuslaw.com, Michelle@mvrlaw.com |
| JENIECE D. DAVIS | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc Jeniece@MVRLAW.COM, bonnie@mvrlaw.com |
| JEROME B. BLANK | on behalf of Creditor Bank of America NA paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Bank of America NA wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America NA bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2020-RPL4 Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Yvonne Harrison
       Debtor(s)                                              Bankruptcy No: 16−13419−mdc
                                                                   Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                                             Timothy B. McGrath
                                                                             Clerk of Court

Dated: 5/18/21

                                                                                                          65 − 64
                                                                                                   Form 138_new